```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
EXCALIBUR, S.A.,

                 Plaintiff,              ORDER
                                         11-CV-4721(JS)(ETB)
         -against-

MALBER U.S.A., INC.,

                 Defendant.
----------------------------------------X
APPEARANCES
For Plaintiff:      David J. Grech, Esq.
                    Jonathan L. Scher, Esq.
                    The Scher Law Firm, LLP
                    1 Old Country Road, Suite 385
                    Carle Place, NY 11514

For Defendant:      No Appearances.
```

SEYBERT, District Judge:

Plaintiff Excalibur, S.A. sued Defendant Malber U.S.A., Inc. for, among other things, breach of contract. Defendant has not appeared or otherwise defended this suit, and Plaintiffs moved for a default judgment. On May 12, 2012, Magistrate Judge William D. Wall issued a Report and Recommendation ("R&R") recommending that Plaintiff be awarded $200,875.75 plus costs. No objections were filed within the prescribed time.

Judge Wall's R&R is thorough, well-reasoned, and free of clear error. Accordingly, it is ADOPTED in its entirety. The Clerk of the Court is respectfully directed to enter judgment against Defendant and in favor of Plaintiff in the

amount of $200,875.75 plus costs in the amount of $350 for a total judgment of $201,225.75.  Plaintiff shall also be entitled to post-judgment interest calculated pursuant to 28 U.S.C. § 1961.  The Clerk of the Court is further directed to mark this case CLOSED.

                                          SO ORDERED.

                                          /s/ JOANNA SEYBERT_____
                                          Joanna Seybert, U.S.D.J.

Dated:    September __28__, 2012
           Central Islip, New York